IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARL CLINE, individually and on behalf
of all other similarly situated                                                    PLAINTIFF


v.                                        Case No. 1:22-cv-1021


WALCO FUNDING, LLC                                                               DEFENDANT


## ORDER

Before the Court is a Joint Stipulation of Dismissal With Prejudice  ECF No. 23.  The

parties stipulate that this case should be dismissed without prejudice pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii).  An action may be dismissed by "a stipulation of dismissal signed

by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated

dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is

effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747

F.2d 1180, 1189 (8th Cir. 1984).  The instant stipulation of dismissal is signed by Plaintiff and

Defendant.  Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties

filed the instant stipulation.  However, this order issues for purposes of maintaining the docket.

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its

own fees and costs.

IT IS SO ORDERED, this 17th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge